MORRIS KESTEN, an Infant, by HARRY KESTEN, His Guardian ad Litem, Respondent, *v.* EINHORN & SINGER DEVELOPMENT CORPORATION, Appellant, Impleaded with Others.

HARRY KESTEN, Respondent, *v.* EINHORN & SINGER DEVELOPMENT CORPORATION, Appellant, Impleaded with Others.

(Argued November 18, 1931; decided December 4, 1931.)

*Benjamin C. Loder* for appellant.

*William C. Chanler* and *Allison Choate* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.